IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff,

v.                                     Case No.: 2:21–cr–00216–CCW
                                         Judge Christy Criswell Wiegand

ORONDE SHELTON

                Defendant.

## NOTICE OF APPEAL

   Notice is hereby given that ORONDE SHELTON appeals to the United States Court of Appeals for the Third Circuit from ( X ) Judgment ( ) Order ( ) Other (Specify) _____
_____
entered in this action on 2/15/2024 at Document No. 203.

   IT IS ORDERED that the defendant is committed to the custody of the United States Marshal for the Western District of Pennsylvania.

Dated: 2/15/2024                            Signed: *Prepared and filed on behalf of Defendant pursuant to Fed.R.Cr.P. 32(j)(2)*