UNITED STATES OF AMERICA

v.

ORONDE SHELTON,
　　　Appellant