OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 20, 2024

Oronde Shelton
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505

RE: USA v. Oronde Shelton
Case Number: 24-1302
District Court Case Number: 2-21-cr-00216-001

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed please find case opening information regarding the above-captioned appeal by **Oronde Shelton** docketed at No. **24-1302**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**APPELLANT REQUEST FOR APPOINTMENT OF COUNSEL:**

If you are without funds to pay the fees and/or to retain counsel and wish this Court to appoint counsel under the Criminal Justice Act, it will be necessary for you to complete in full the enclosed Financial Affidavit Form. The form must be received by this office by **03/05/2024**.

It is the responsibility of an appellant to file this form if he/she cannot afford to pay the filing fees or to retain counsel. **Appellant is cautioned:** If you do not file the Financial Affidavit or you do not pay the fees and have retained counsel, the appeal may be dismissed.

After the form is completed in full, return it to this office, at which time it will be treated as your motion for appointment of counsel under the Criminal Justice Act. Two additional copies of the affidavit are enclosed. Send one completed copy to the appropriate U.S. Attorney. Advise this office in writing that you have made proper service. You may keep the remaining copy for your files.

If Appellee has any objection to the motion, Appellee must respond promptly.

If counsel is appointed, it is the policy of this Court to appoint counsel who represented Appellant at the trial in the court below. See 3rd Cir. LAR Misc. 109.1.

**COUNSEL FOR APPELLEE** As Counsel for Appellee(s), you must file:
1. Appearance Form
This form must be filed on or before **03/05/2024**.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review this caption carefully and promptly advise this office in writing of any discrepancies.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958

cc:    Michael R. Ball
Barbara K. Doolittle
Jill L. Locnikar

Enclosures:
Financial Affidavit [CJA23 - 3 Forms]