Oronde Shelton
NEOCC
2240 Hubbard Rd.
Youngstown OH 44505

United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market St
Philadelphia PA 19106-1790

U.S.A v. Oronde Shelton
Case Number: 24-1302
District Court Case Number 2-21-cr-00216-001

I respectfully request the court to appoint counsel Renee Pietropaolo the office of Federal Public Defenders Western District of Pennsylvania to my appeal. I recently spoke with her briefly via telephone regarding some issues. Renee previously filed the over breath motion on my behalf which after initially being denied I did prevail in that argument that my predicate offenses weren't ACCA. She assisted in my Justification Defense to 922(g) which was also denied, we used her input on the Bryan Range appeal to file my 922(g) dismissal motion which was also denied. I'm hoping since Renee is very familiar with my case, I can be appointed her.

Respectfully Submitted
Oronde Shelton
3/1/2024

ORONDE SHELTON 04966-198
NEOCC
2240 Hubbard Rd
Youngstown OH 44505

CLEVELAND OH 440

27 FEB 2024 PM 5 L

United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market ST
Philadelphia Pa 19106-1790

Core Civic/NEOCC has neither inspected
nor censored and will not be responsible
for the contents.

RECEIVED
MAR -1 2024
U.S.C.A. 3rd. CIR

19106-172999