OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 1, 2024

Federal Public Defender Western District of Pennsylvania
Office of Federal Public Defender
1001 Liberty Avenue
1500 Liberty Center
Pittsburgh, PA 15222

RE: USA v. Oronde Shelton
Case Number: 24-1302
District Court Case Number: 2-21-cr-00216-001

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

Dear Counsel:

The Court has appointed you in the above entitled appeal. The appellate file and district court record have been transmitted to your office. The case opening forms are available from our public website http://www.ca3.uscourts.gov.

You are required to complete and electronically file the following within **fourteen (14) days** of the date of this letter:

Entry of Appearance

Information Statement

Transcript Purchase Order Form.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: Legal Assistant/nmb
267-299-4924

cc: 　Adam N. Hallowell, Esq.
　　　Laura S. Irwin, Esq.
　　　Oronde Shelton