IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Appellee ) <br> v. ) <br> ) <br> ORONDE SHELTON, ) <br> Appellant ) | Nos. 24-1302, 24-1322, <br> 24-1491 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
THE GOVERNMENT'S MOTION TO HOLD APPEALS C.A.V.**

Appellant Oronde Shelton, by his attorney Renee Pietropaolo, Assistant Federal Public Defender, respectfully requests that the Court extend the time to file a response to the government's motion to stay the instant appeals, and in support represents the following:

1. Mr. Shelton appealed from the judgment entered at Criminal No. 21-216 (Appeal No. 24-1302) and from the supervised release revocation judgment at Criminal No. 09-232 (Appeal No. 24-1322). The government cross-appealed from the judgment at Criminal No. 21-216 (Appeal No. 24-1491). The Court granted the government's motion to consolidate all three appeals.

2. By order dated May 1, 2024, the Court appointed the Federal Public Defender for the Western District of Pennsylvania to represent Mr. Shelton in the above captioned appeals. Undersigned counsel entered her appearance on May 15, 2024, and ordered the necessary transcripts. She also requested prior counsel's file and is awaiting its receipt.

3.      The Court's May 1st order directed counsel to respond to the government's previously filed motion to hold the appeals c.a.v. within 21 days, or by May 22, 2024.

4.      This office has been communicating with BOP staff and working on scheduling an attorney client call with Mr. Shelton. In the meantime, undersigned counsel is endeavoring to gather and review the records in the instant appeals.

5.      In light of the foregoing, counsel requests an additional 30 days within which to respond to the government's motion to stay proceedings in the instant appeal.

WHEREFORE, Mr. Shelton requests an additional 30 days within which to respond to the government's motion to stay the appeals.

Respectfully submitted,

*/s/ Renee Pietropaolo*
RENEE PIETROPAOLO
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I, Renee Pietropaolo, Assistant Federal Public Defender, hereby certify that I have electronically filed and served a copy of Appellant's Motion for an Extension of Time to Respond to the Government's Motion to Hold the Appeals c.a.v. upon Filing User Adam Hallowell, Assistant United States Attorney, through the Third Circuit Court of Appeals' Electronic Case Filing (NextGen CM/ECF) system.

        Respectfully submitted,

        */s/ Renee Pietropaolo*
        RENEE PIETROPAOLO
        Assistant Federal Public Defender

DATE: May 21, 2024