UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **24-1302, 24-1322  & 24-1491**

United States v. Shelton

To:  Clerk

1)      Motion by Appellant/Cross-Appellee for Extension of Time to Respond to the Government's Motion to Hold Appeals C.A.V.

_____

      The foregoing motion is granted.  Appellant's response must be filed and served on or before June 21, 2024.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated:  May 23, 2024
JK/cc:  All Counsel of Record