IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
|     Appellee ) | | |
| v. ) | Nos. 24-1302, 24-1322, | |
| ) | 24-1491 | |
| ORONDE SHELTON, ) | | |
|     Appellant ) | | |

**MOTION TO CONTINUE DUE DATE FOR BRIEF FOR APPELLANT**

Oronde Shelton, by his attorney Assistant Federal Public Defender Renee Pietropaolo, respectfully files this Motion to Continue the Due Date for the Brief for Appellant, and in support represents the following:

1. Mr. Shelton appealed from the judgment entered at Criminal No. 21-216 (Appeal No. 24-1302) and from the supervised release revocation judgment at Criminal No. 09-232 (Appeal No. 24-1322). The government cross-appealed from the judgment at Criminal No. 21-216 (Appeal No. 24-1491). The Court granted the government's motion to consolidate all three appeals.

2. By order dated May 1, 2024, the Court appointed the Federal Public Defender for the Western District of Pennsylvania to represent Mr. Shelton in the above captioned appeals. Undersigned counsel entered her appearance May 15, 2024, and ordered the necessary transcripts. She also immediately requested prior counsel's file.

3.	These appeals were stayed on motion of the government until June 17, 2024, at which time the briefing schedule issued.

4.	Counsel did not receive prior counsel's files until August 30, 2024.

5.	Undersigned counsel briefly represented Mr. Shelton in the district court for purposes of filing a pre-trial motion. New counsel entered his appearance in November 2022. Thus, counsel is not familiar with the case or record. Counsel had not yet an opportunity to review the voluminous record or prior counsel's files. Nor has counsel had an opportunity to review the district court proceedings or to consult with Mr. Shelton to assess whether resolution of his appeal should await the *en banc* Court's resolution of *Range v. United States,* No. 21-2835, which is scheduled for argument October 9, 2024.

6.	Counsel therefore requests a 30-day continuance of the due date for the Brief and Appendix for Appellant while she determines how to proceed.

7.	Counsel does not file this motion for purposes of delay but to enable her to provide Mr. Shelton with effective representation.

WHEREFORE, it is respectfully requested that the within Motion to Continue Due Date for the Brief for Appellant be granted and that the due date be extended by 30 days, or until October 15, 2024.

Respectfully submitted,
*/s/ Renee Pietropaolo*
Renee Pietropaolo
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I, Renee Pietropaolo, Assistant Federal Public Defender, hereby certify that I have electronically filed and served a copy of Appellant's Motion for an Extension of Time upon Filing User Adam Hallowell, Assistant United States Attorney, through the Third Circuit Court of Appeals' Electronic Case Filing (NextGen CM/ECF) system.

                                                Respectfully submitted,

                                                */s/ Renee Pietropaolo*
                                                RENEE PIETROPAOLO
                                                Assistant Federal Public Defender

DATE: September 9, 2024