**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee/Cross-Appellant, | ) | |
| | ) | |
| v. | ) | Nos. 24-1302, 24-1322, & 24-1491 |
| | ) | |
| ORONDE SHELTON, | ) | |
| | ) | |
| Appellant/Cross-Appellee. | ) | |

## <u>GOVERNMENT RESPONSE TO MOTION FOR EXTENSION OF TIME</u>

AND NOW comes Appellee/Cross-Appellant the United States of America, by Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Adam N. Hallowell, Assistant United States Attorney for said District, and respectfully files this response to Appellant/Cross-Appellee Oronde Shelton's motion for an extension of time.   Shelton's opening (first-step) brief in these cases was originally due on August 29, 2024.   After a two-week verbal extension, Shelton's brief is currently due on Thursday, September 12, 2024.   Shelton now seeks a further 33-day extension, to Tuesday, October 15, 2024.

The Government takes no position on the requested extension of time, neither consenting nor objecting.   The Government does note that Shelton's statement that appellate counsel "did not receive prior counsel's files until August 30, 2024," Mot. at 2, does not support an extension.   On May 1, 2024 – more than four months ago –

1

this Court directed prior counsel "to provide the Federal Public Defender with the file for this case within 10 days."  Order, Dkt. No. 16.  If prior counsel did not comply with this order in the intervening months, Shelton could and should have notified this Court and sought relief much sooner.  But in light of the other circumstances in Shelton's motion, the Government takes no position on the requested extension.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

/s/ Adam N. Hallowell
ADAM N. HALLOWELL
Assistant United States Attorney

Date:  September 10, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within response was served by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system on:

Renee Pietropaolo, Esq.
Federal Public Defender's Office
Suite 1500
1001 Liberty Avenue
Pittsburgh, PA 15222
*Counsel for Appellant*

/s/ Adam N. Hallowell
ADAM N. HALLOWELL
Assistant United States Attorney

Date: September 10, 2024