IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee | ) | |
| v. | ) | Nos. 24-1302, 24-1322, |
| | ) | 24-1491 |
| ORONDE SHELTON, | ) | |
| Appellant | ) | |

**MOTION TO CONTINUE DUE DATE FOR BRIEF FOR APPELLANT**

Oronde Shelton, by his attorney Assistant Federal Public Defender Renee Pietropaolo, respectfully files this Motion to Continue the Due Date for the Brief for Appellant, and in support represents the following:

1. Mr. Shelton appealed from the judgment entered at Criminal No. 21-216 (Appeal No. 24-1302) and from the supervised release revocation judgment at Criminal No. 09-232 (Appeal No. 24-1322). The government cross-appealed from the judgment at Criminal No. 21-216 (Appeal No. 24-1491). The Court granted the government's motion to consolidate all three appeals.

2. The Opening Brief and Appendix are due on or before November 12, 2024. Undersigned counsel continues to review the record and to research potential issues to be raised on appeal, including one issue that appears to be a question of first impression in this circuit, and respectfully requests a 10-day continuance of the due date for the Brief and Appendix for Appellant.

      3.      Counsel does not file this motion for purposes of delay but to enable her to provide Mr. Shelton with the effective assistance of appellate counsel to which he is constitutionally entitled. *Evitts v. Lucey*, 469 U.S. 387, 396 (1985) ("A first appeal as of right … is not adjudicated in accord with due process of law if the appellant does not have the effective assistance of an attorney."). *See Douglas v. California*, 372 U.S. 353, 358 (1963) (the Sixth and Fourteenth Amendments mandate that an appellant be afforded "the benefit of counsel's examination into the record, research of the law, and marshalling of arguments on his behalf"); *Strickland v. Washington*, 466 U.S. 668. 690-91 (1984) (providing that a criminal defense lawyer has a duty to conduct reasonable investigations into her client's case, which extends to the law as well as the facts); *Sistrunk v. Vaughn*, 96 F.3d 666, 670 (3d Cir. 1996) (explaining that "the 'process of "winnowing out weaker arguments on appeal and focusing on" those more likely to prevail … is the hallmark of effective appellate advocacy.'"). *See also Padilla v. Kentucky*, 559 U.S. 356, 367 (2010) (describing the ABA's standards as "valuable measures of the prevailing professional norms of effective representation"); ABA Criminal Justice Standards for the Defense Function, Standard 4-9.2 Counsel on Appeal (4th ed. 2017).

WHEREFORE, it is respectfully requested that the within Motion to Continue Due Date for the Brief for Appellant be granted and that the due date be extended by 10 days, or until November 22, 2024.

                                                  Respectfully submitted,

                                                  */s/ Renee Pietropaolo*
                                                  Renee Pietropaolo
                                                  Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

    I, Renee Pietropaolo, Assistant Federal Public Defender, hereby certify that I have electronically filed and served a copy of Appellant's Motion for an Extension of Time upon Filing User Adam Hallowell, Assistant United States Attorney, through the Third Circuit Court of Appeals' Electronic Case Filing (NextGen CM/ECF) system.

    Respectfully submitted,

    */s/ Renee Pietropaolo*
    RENEE PIETROPAOLO
    Assistant Federal Public Defender

DATE: November 7, 2024