# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee/Cross-Appellant, | ) | |
| | ) | |
| v. | ) | Nos. 24-1302, 24-1322, & 24-1491 |
| | ) | |
| ORONDE SHELTON, | ) | |
| | ) | |
| Appellant/Cross-Appellee. | ) | |

## GOVERNMENT'S UNOPPOSED FOURTH MOTION
## FOR EXTENSION OF TIME

Appellee/Cross-Appellant the United States of America, by Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Adam N. Hallowell, Assistant United States Attorney for said District, pursuant to Local Appellate Rule 31.4, respectfully requests a further 10-day extension of time, until Monday, March 31, 2025, to file its second-step brief in this appeal. In support of its request, the United States sets forth the following:

1. Appellant/Cross-Appellee Oronde Shelton filed his opening (first-step) brief on November 22, 2024. Under the briefing schedule, the United States's second-step brief (opening as to its issues in the cross-appeal and responsive to Shelton's opening brief) was initially due on Monday, December 23, 2024. Cross-Appeal Briefing and Scheduling Order, Dkt. No. 48-1 (3d Cir. July 30, 2024); *see* Fed. R. App. P. 26(a)(1)(C).

1

2.      The United States has sought and received three written extensions of time to file its brief, totaling 88 days. *See* Order, Dkt. No. 70; Order, Dkt. No. 72; Order, Dkt. No. 74. The United States's brief is currently due on Friday, March 21, 2025. Order, Dkt. No. 74.

3.      The United States respectfully requests a further 10-day extension of time to file its second-step brief, to Monday, March 31, 2025.

4.      Good cause exists to grant this request. *See* L.A.R. 31.4; *see also* Notice to Counsel (3d Cir. Oct. 15, 2012) (advising that extensions of time are disfavored). Undersigned counsel has been diligently preparing the second-step brief, but has been unable to complete the brief to date, in part because of obligations in other pending cases. Among other matters, counsel is also handling appeals in this Court in *United States v. Lynell Guyton*, No. 21-3093, where the response brief was filed on January 23, 2025; *United States v. Derby Clerfe*, No. 24-2116, where the response brief was filed on February 10, 2025; *United States v. Christopher Schrock*, No. 23-2346, where the response brief was filed on February 27, 2025; and *United States v. Ernest Harris*, No. 24-3077, where the response brief is currently due on March 28, 2025.

5.      A short further extension is also appropriate because preparation and finalization of the brief continues to require, among other things, review of the extensive record in this case (including a transcript and exhibits from a two-day

evidentiary hearing) in light of the three issues that Shelton raises on appeal and the additional issue the Government plans to raise in its cross-appeal. Such an extension will not prejudice Shelton, whose opening brief was originally due on August 29, 2024, *see* Dkt. No. 48-1 (briefing schedule), but who obtained four extensions of time and filed his brief 85 days later on November 22, 2024. *See* Order, Dkt. No. 50; Order, Dkt. No. 53; Order, Dkt. No. 55; Order, Dkt. No. 57.

6. In order to afford the United States sufficient time within which to prepare a full and thorough brief, the undersigned respectfully requests that the Court grant a further 10-day extension of time from March 21, 2025, to March 31, 2025, to file its second-step brief. This is counsel's fourth written or verbal extension.

7. The United States does not seek this extension of time for purposes of delay. Counsel for Appellant/Cross-Appellee does not object to the relief sought in this motion.

WHEREFORE, pursuant to Third Circuit Local Rule 31.4, Appellee/Cross-Appellant the United States of America respectfully requests a 10-day extension of time to March 31, 2025, by which to file its second-step brief.

Dated: March 13, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　TROY RIVETTI
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Adam N. Hallowell
　　　　　　　　　　　　　　　　　　ADAM N. HALLOWELL
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## **CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the within Motion was served by ECF to and upon the following:

Renee Pietropaolo, Esq.
Federal Public Defender's Office
1500 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
*Counsel for Appellant/Cross-Appellee Oronde Shelton*

/s/ Adam N. Hallowell
ADAM N. HALLOWELL
Assistant United States Attorney

DATED: March 13, 2025