IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Appellee | ) | |
| v. | ) | Nos. 24-1302, 24-1322, |
| | ) | 24-1491 |
| ORONDE SHELTON, | ) | |
|     Appellant | ) | |

**MOTION TO CONTINUE DUE DATE FOR THIRD STEP BRIEF FOR APPELLANT / CROSS-APPELLEE**

Oronde Shelton, by his attorney Assistant Federal Public Defender Renee Pietropaolo, respectfully files this Motion to Continue the Due Date for the Third Step Brief for Appellant / Cross-Appellee, and in support represents the following:

1. This case involves consolidated appeals by Mr. Shelton, as appellant, from the judgment entered at Criminal No. 21-216 (Appeal No. 24-1302) and the supervised release revocation judgment at Criminal No. 09-232 (Appeal No. 24-1322) and by the government, as cross-appellant, from the judgment entered at Criminal No. 21-216 (Appeal No. 24-1491).

2. The Opening Brief and Appendix were filed, followed by the government's Principal and Response Brief (Step 2 Brief). Mr. Shelton's Response Brief as to the government's Step 2 Brief and Reply Brief as to the issues raised in his own appeal is due by April 30, 2025.

3. Mr. Shelton is serving a lengthy sentence of incarceration, which the government, through its cross-appeal, seeks to make even longer. There appear to

be at least two questions of first impression presented in the within appeals. There are also constitutional questions presented in an area of the law that is rapidly developing and generating both precedential opinions from within this Circuit and persuasive opinions from elsewhere.

4. Undersigned counsel is working on the instant Response and Reply Brief. She is also working on several other matters with proximate due dates that are pending before both this Court and the District Court for the Western District of Pennsylvania. For that reason, counsel respectfully requests an additional 45 days to complete and file the Step 3 Brief in this matter.

5. Counsel does not file this motion for purposes of delay but in good faith to enable her to provide Mr. Shelton with the effective assistance of appellate counsel to which he is constitutionally entitled. *Evitts v. Lucey*, 469 U.S. 387, 396 (1985) ("A first appeal as of right … is not adjudicated in accord with due process of law if the appellant does not have the effective assistance of an attorney."). *See Douglas v. California*, 372 U.S. 353, 358 (1963) (the Sixth and Fourteenth Amendments mandate that an appellant be afforded "the benefit of counsel's examination into the record, research of the law, and marshalling of arguments on his behalf"); *Strickland v. Washington*, 466 U.S. 668. 690-91 (1984) (providing that a criminal defense lawyer has a duty to conduct reasonable investigations into her client's case, which extends to the law as well as the facts); *Sistrunk v. Vaughn*, 96

F.3d 666, 670 (3d Cir. 1996) (explaining that "the 'process of "winnowing out weaker arguments on appeal and focusing on" those more likely to prevail … is the hallmark of effective appellate advocacy.'"). *See also Padilla v. Kentucky*, 559 U.S. 356, 367 (2010) (describing the ABA's standards as "valuable measures of the prevailing professional norms of effective representation"); ABA Criminal Justice Standards for the Defense Function, Standard 4-9.2 Counsel on Appeal (4th ed. 2017).

      WHEREFORE, it is respectfully requested that the within Motion to Continue the Due Date for the Third Step Brief be granted and that the due date be extended by 45 days, or until June 16, 2025.

                                                         Respectfully submitted,

                                                         */s/ Renee Pietropaolo*
                                                         Renee Pietropaolo
                                                         Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

    I, Renee Pietropaolo, Assistant Federal Public Defender, hereby certify that I have electronically filed and served a copy of Appellant's Motion for an Extension of Time upon Filing User Adam Hallowell, Assistant United States Attorney, through the Third Circuit Court of Appeals' Electronic Case Filing (NextGen CM/ECF) system.

                                    Respectfully submitted,

                                    */s/ Renee Pietropaolo*
                                    RENEE PIETROPAOLO
                                    Assistant Federal Public Defender

DATE: April 27, 2025